**No. 44646.**—Protests 976213–G, etc., of J. S. Hoffman Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44647.**—Protests 980675–G, etc., of J. Sammes (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44648.**—Protests 996090–G, etc., of Ampol, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

OCTOBER 22, 1940

**No. 44649.**——Protest 21489–K of Ignaz Strauss & Co., Inc. Application by plaintiffs for rehearing granted.

BEFORE THE FIRST DIVISION, OCTOBER 31, 1940

**No. 44650.**—Protests 946351–G/87827, etc., of American Express Co. (Chicago).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *American Express Co.* v. *United States* (4 Cust. Ct. 95, C. D. 295) and that none of the item numbers in question consist of Jacquard-figured upholstery cloths. The claim at 40 percent under paragraph 923 was therefore sustained as to certain items.